IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00416-WDM-KMT

RAYMOND STEVENS,

       Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director,
Colorado Department of Corrections, JOE
ORTIZ, Former Executive Director, Colorado
Department of Corrections, LARRY REID,
Former Warden, Colorado State Penitentiary,
MARY CARLSON, Department of Corrections
Time Computation,

       Defendants.

---

**ORDER**

---

The Court having reviewed Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint, and otherwise being fully advised, hereby orders Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint:

GRANTED – Plaintiff's Second Amended Complaint is accepted by the Court as filed.

DATED this 30th day of April, 2008

                                                 s/ Kathleen M. Tafoya
                                                 Magistrate Judge Kathleen M. Tafoya