IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00416-WDM-KMT

RAYMOND STEVENS,

    Plaintiff,

v.

ARISTEDES ZAVARES, Executive Director,
Colorado Department of Corrections,
JOE ORTIZ, Former Director,
Colorado Department of Corrections,
LARRY REID, Former Warden,
Colorado State Penitentiary,
MARY CARLSON, Department of Corrections
Time Computation,
JANE DOE 1,
JANE DOE 2,
JOHN DOE 1, and
JOHN DOE 2,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion for Leave to File Third Amended Complaint" (#21, filed May 23, 2008) is **GRANTED**. The Clerk of the Court is directed to file the Third Amended Complaint attached to Doc. No. 21 (21-2).

Plaintiff's "Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss" (#23, filed May 2, 2008) is **GRANTED**. Plaintiff has up to and including June 17, 2008 in which to respond to Defendants' Motion to Dismiss should such a response be necessary.

Defendants' "Motion to Dismiss" (#18, filed May 13, 2008) is **DENIED** as moot.

Dated: June 5, 2008